**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| LELAND FOSTER, | ) | Case 3:24-cv-1427 |
| Plaintiff, | ) | Judge James G. Carr |
| v. | ) | |
| RACEWAY PLAZA, LLC, an Ohio limited liability company, | ) | |
| Defendant. | ) | |

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS**

Upon stipulation of the parties and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and with each party to bear their or its own attorneys' fees and costs.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction over this case solely for the purpose of enforcement of the terms and conditions of the parties' settlement agreement.

IT IS SO ORDERED.

Dated: 3/3/2025

s/*James G. Carr*
Hon. Judge James G. Carr

STIPULATED AND AGREED TO BY:

Attorney for Plaintiff(s):

*_/s/ Owen B. Dunn, Jr_*
Owen Benton Dunn, Jr. (0074743)
Law Offices of Owen Dunn, Jr.
6800 W Central Ave., Suite C-1
Toledo, OH 43617
Email: obdjr@owendunnlaw.com

Attorney for Defendant(s):

/s/ Jade L. Robinson
Lynn Vuketich Luther (0075166)
Jade L. Robinson (0100187)
One SeaGate, 27th Floor
P.O. Box 10032
Toledo, OH 43699-0032
Telephone: (419) 241-6000
Facsimile: (419) 247-1777
Email: LVLuther@eastmansmith.com
Email: JLRobinson@eastmansmith.com